IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| PAUL STEPHENSON,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | REPORT & RECOMMENDATION<br><br>Case No. 2:15-cv-00173<br><br>United States District Court<br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin Pead |

On January 22, 2016, this court issued an Order To Show Cause to pro se litigant Plaintiff Paul Stephenson ("Mr. Stephenson") (Dkt. No. 21). In that order, the court asked Mr. Stephenson to show cause why the United States District Court for the District of Utah should not enter an order placing restrictions on Mr. Stephenson's filings in this District. The court noted in its order that restrictions on any future pleadings that Mr. Stephenson attempted to file would include the filing:

> (1) requiring Mr. Stephenson to file a petition with the Clerk of Court requesting leave to file a pro se action; (2) requiring the petition to include a list of all of Mr. Stephenson's current or previously filed lawsuits; (3) requiring the petition to include a notarized affidavit from Mr. Stephenson reciting the issues he seeks to present and including a short discussion of the legal basis asserted for the claims; (4) mandating the affidavit include an assertion that, to the best of Mr. Stephenson's knowledge, the legal arguments raised are not frivolous or brought in bad faith; (5) requesting that the Clerk of Court send the referenced materials to a Magistrate Judge for review to determine whether the complaint is meritorious, duplicative or frivolous; (7) asking the Magistrate Judge to determine if the complaint is without merit, duplicative or frivolous; (8) requiring the Magistrate Judge to forward the complaint to the Chief District Court Judge for further review; and; (9) concluding that only with the review and consent of the Chief

District Court Judge the complaint may be filed.

Mr. Stephenson has not filed a response to the order, and the time within which to do so has expired.

Accordingly, for the reasons set forth in detail in the court's Order To Show Cause the court RECOMMENDS to the District Court that the FBI's motion be granted and Mr. Paul Stephenson be placed on the court's restricted filer list.

Copies of the foregoing Report and Recommendation are being sent to all parties, who are hereby notified of their right to object.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The parties must file an objection within fourteen (14) days of being served.  *Id.*  Failure to object may constitute waiver of objections upon subsequent review.

DATED this 17th day of February, 2016.

_____
Dustin Pead
U.S. Magistrate Judge